IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DOUGLAS ERDMAN, | § | |
| Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. SA-18-CA-775-FB |
| ACCELERATED FINANCIAL SOLUTIONS, LLC, | § § § | |
| Defendant. | § | |

**ORDER REINSTATING CASE ON DOCKET AND**
**ORDER OF DISMISSAL WITH PREJUDICE**

Before the Court is the Joint Stipulation of Dismissal filed by the parties on January 22, 2019 (docket #5). On September 27, 2018, plaintiff filed a Notice of Settlement with the Court advising that the parties had agreed to settlement terms but required additional time to perform the agreed terms. Plaintiff requested an order dismissing the case without prejudice which would allow the parties to vacate the order and move to enforce the agreement on or before January 21, 2019. This Court granted plaintiff's request on September 30, 2018 (docket #4), by dismissing this case without prejudice. As set forth in the Joint Stipulation, the parties now stipulate to the dismissal with prejudice. The Court finds that because the settlement terms have been satisfied, the case should be reopened in order to allow the case to be dismissed with prejudice.

Accordingly, IT IS HEREBY ORDERED that the case is hereby reopened and reinstated on the Court's docket. The Court has considered and reviewed the Joint Stipulation of Dismissal filed by the parties asking that this case now be dismissed with prejudice. The Court finds this request has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that this case is DISMISSED WITH PREJUDICE pursuant to the Joint Stipulation of Dismissal filed by the parties requesting the dismissal now be with prejudice. IT IS FURTHER ORDERED that motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 23rd day of January, 2019.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE